# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABKCO MUSIC, INC., et al., | Case No. 1:21-mc-00029- SKO |
| Plaintiffs, | |
| v. | **ORDER TRANSFERRING CASE** |
| WILLIAM SAGAN, et al., | |
| Defendants. | |

On October 29, 2021, Plaintiff ABKCO, Inc. filed an application for issuance of a writ of execution to Placer County, California. (*See* Doc. 4 at 1; Doc. 4-1 at 1.) Placer County is part of the Sacramento, not Fresno, Division of this Court. Moreover, it appears that Plaintiff intended that its request for the previously-issued abstract of judgment be filed in the Sacramento Division. (*See* Doc. 2 (listing court address as "501 I Street, Room 4-200, Sacramento, CA 95814, EASTERN DISTRICT OF CALIFORNIA (ROBERT T. MATSUI COURTHOUSE")).)

For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California. Pursuant to Local Rule 120(f), a civil action which has not been commenced

in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

Plaintiff's application for writ of execution (Doc. 4) remains pending.

IT IS SO ORDERED.

Dated: **November 1, 2021**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE